IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 MAY .9 AM 3: 23

CLERK _____
SO. DIST. OF GA.

RICKY LEE JONES,                  )
                                  )
        Plaintiff,                )
                                  )
    vs.                           )        CIVIL ACTION NO. CV205-007
                                  )
JUDGE ANTHONY ALAIMO and          )
MAGISTRATE JUDGE JAMES E.         )
GRAHAM,                           )
                                  )
        Defendants,               )
                                  )
    and                           )
                                  )
UNITED STATES OF AMERICA,         )
                                  )
        Interested Party.         )
                                  )

## O R D E R

Before the Court is Plaintiff's "Motion to Strike Government's Response" (Doc. 8) and "Motion to Strike Government's Most Recent Response." (Doc 10.) After careful consideration, the Court finds that Plaintiff has failed to provide grounds for the Court to strike the Government's responsive pleading to his Complaint or its responsive pleading to his first Motion to Strike. Accordingly, the Plaintiff's motions are **DENIED**.

Additionally, pursuant to Local Rule 72.2., the Magistrate Judge has the power to rule on nondispositive pretrial matters such as the scheduling of this action and Plaintiff's motion for appointment of counsel. The Magistrate may also issue recommendations for the disposition of dispositive matters pursuant

to Local Rule 72.3.    Therefore, this matter is **REFERRED** to Magistrate Judge Smith so that he may exercise these powers.

SO ORDERED, this 9th day of May, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA